IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JOHN MAHONEY, : | |
|           Plaintiff, : | |
| : | |
| v. : | Civil No. 2:20-cv-00242-JMG |
| : | |
| HANESBRANDS INC., : | |
|           Defendant. : | |

_____

**O R D E R**

**AND NOW,** this 18th day of June, 2020, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                       Kate Barkman
                                       Clerk of Court

                                       By:

                                       */s/ Brian R. Dixon*
                                       Brian R. Dixon
                                       Deputy Clerk to Judge John M. Gallagher